IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VANCE, GLENNDA VANCE, individuals,<br><br>        Plaintiffs,<br><br>    v.<br><br>PINE MOUNTAIN CLUB PROPERTY OWNER'S ASSOCIATION, INC., a California corporation<br><br>        Defendant. | Case No. 1:04-cv-06035 TAG<br><br>ORDER VACATING<br>ORDER TO SHOW CAUSE |

On November 17, 2005 the parties submitted a Stipulation and [proposed] Order of Dismissal of Action With Prejudice signed by all parties and counsel. (Doc. 26). Accordingly, it is HEREBY ORDERED that:

1. The Court's Order to Appear and to Show Cause dated November 9, 2005 (Doc. 23) is vacated; and

2. The Order to Show Cause hearing set for December 2, 2005 is vacated.

IT IS SO ORDERED.

**Dated:   November 17, 2005**          /s/ Theresa A. Goldner
j6eb3d                                UNITED STATES MAGISTRATE JUDGE

1