MICHAEL T. WHITTINGTON
ONE RIVERWALK
10000 Stockdale Highway, Ste. 380
Bakersfield, CA 93311
(661) 664-6899
(661) 664-6799 fax

Attorney for Defendant, Pine Mountain Club Property Owners Association, Inc.

IN THE UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

****

| | |
|---|---|
| JERRY VANCE, GLENNDA VANCE, Plaintiffs, <br><br> V. <br><br> PINE MOUNTAIN CLUB PROPERTY OWNERS ASSOCIATION, a California Corporation <br> Defendants. | Case No.: No. 1:04-cv-6035 TAG <br><br> STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE |

On or about October 31, 2005, Plaintiffs and Defendant entered into a Settlement Agreement of all claims brought by Plaintiffs against Defendant. Based upon this Settlement Agreement, Plaintiffs hereby request, and Defendant hereby stipulates to, the dismissal of this action **with prejudice**.

/s/ Jerry Vance
JERRY VANCE
Dated: November 1, 2005.

/s/ Glennda Vance
GLENNDA VANCE
Dated: November 1, 2005.

/s/ David Martin
PINE MOUNTAIN CLUB POA
By: David Martin, Chairman of the Board
Dated: November 1, 2005.

/s/ Michael T. Whittington
MICHAEL T. WHITTINGTON, Attorney for Defendant, Pine Mountain Club POA, Inc.
Dated: November 17, 2005.

STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE - 1

## ORDER OF DISMISSAL

Based on the Foregoing Stipulation, and pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED WITH PREJUDICE**.

Dated: November 17, 2005

THERESA A. GOLDNER,
United States Magistrate Judge